# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

MARCOS PROA

                  Defendant.

Case No. 16CR2437-BEN

**FILED**

17 APR 11 PM 1:45

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MXN

JUDGMENT OF DISMISSAL _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_    the Court has dismissed the case for unnecessary delay; or

**X**    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/7/2017

Hon. Roger T. Benitez
United States District Judge